(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: _____

FILED by __PG__ D.C.

DEC 1 2 2017

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**MICHAEL TODD DOWD**
(Enter the full name of the plaintiff in this action)

v.

**Palm Beach county, Florida Sheriff Department**

**WPTV news channel ⑤**

t / div **550/1983/WPB**
Case # _____
Judge _____ Mag **WHITE**
Motn Ifp **YES** Fee pd $ **0**
Receipt # _____

(Above, enter the full name of the defendant(s) in this action)

### A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

Page 1 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I.    Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A.    Name of plaintiff: MICHAEL TODD DOWD

Inmate #: 0417891 cell WA4

Address: PO Box 1450
Belle Glade, Florida 33430

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.    Defendant: Palm Beach county Sheriff(s) Department

is employed as Public servants

at Palm Beach county, Florida, Sheriff office

C.    Additional Defendants: "WPTV" news channel ⑤ Reporter(s)

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## II.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

Approximantly October of 2017 I/we of the Public of the United States of America residing in the State of Florida, Palm Beach county City of Lake Worth. Was informed/invited by various media outlets to a Federal code 18 §245,a 'Federal protected activity' United States of America Action Emergency Disaster Relief claims processing. The 'action' assembly area designated for emergency relief processing in Palm Beach county was broadcasted to be county park "Jhon Prince" located at 2700 sixth ave, Lake Worth 33460. Managed by County Palm Beach. The complaint of this Title 42 USCa Section 1983 'Action is Federal code 18 §246 Deprivation of Relief Benefits' under/by "Color of Law" The accused defendant(s) Law enforcement officer(s) of Palm Beach county Sheriffs Department and also "WPtV" news channel ⑤. I/we being of a "Pedestrian class" was informed threatened and denied entrance of said park with arrest and jail detention if attempt to disobey the lawfull order(s) that no pedestrian(s) are permitted entrance

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

to execute their/my participation of the United States Emergency disaster relief assistance resulting in the 'Deprivation of Constitutional Rights'

### III.    Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

What I/we wish from the Honorable Court. The ability to be enabled for myself and All adversly effected of enjoyment of the United States 'Federal Disaster Relief' assistance that was denied/deprived from me/us cause of not under Color of Law' allowed/permitted/entrance/admittence to a Palm Beach County, Florida, Public Park that was designated for the relief processing cause of 'Being a Pedestrian' and award the sum in punitive damages the Amount of $ 500,000,000.⁰⁰

### IV.    Jury Demand

Do you demand a jury trial?  ▉Yes   ☐No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this _____ φ 3 _____ day of _____ December _____, 20 17

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: 12/03/17

_____
(Signature of Plaintiff)

D. Swimley  12/03/17

Notary Public State of Florida
Honray Fairclough
My Commission GG 065424
Expires 01/24/2021

Case 9:17-cv-81340-DMM  Document 1  Entered on FLSD Docket 12/12/2017  Page 6 of 6

MICHAEL TODD DOWD #041789l
P.O. Box 1450
Belle Glade, Florida 33430

WEST PALM BEACH 334   DEC   5   2017

FOREVER
USA

Barn Swallow

United States District Court
Southern District of Florida
Office of The Clerk-Room-8N09
400 North Miami, Avenue
Miami, Florida  33128-7716

331287716 C075

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Paper